**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01544-CV

### AMERISOUTH V, L.P., Appellant

### V.

### WELLS FARGO BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ET AL, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-06408**

## ORDER

The Court **REINSTATES** the appeal.

On January 31, 2011, the appeal was abated due to the filing of bankruptcy by appellant Amerisouth V, L.P. In response to our inquiry about the status of the bankruptcy proceeding, appellees filed a letter stating that the bankruptcy court has confirmed an amended plan of reorganization and closed the bankruptcy. Appellees attached a copy of the bankruptcy court's order to its letter. Appellees also assert that they believe the appeal is moot. Appellant has not responded to appellees' letter.

At the time the appeal was abated, neither the clerk's nor the reporter's record had been filed. However, appellant's unopposed motion to dismiss the appeal was pending, which could not be disposed of due to the bankruptcy filing.

Accordingly, now that the bankruptcy proceeding is closed, the Court will dispose of appellant's motion to dismiss the appeal in due course.

/s/ ELIZABETH LANG-MIERS
   JUSTICE